# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Justin Robert Smith, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:22-cv-04882-SEG-CCB |
| v. ) | |
| ) | |
| Equifax Information Services, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Justin Robert Smith, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant. The parties need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant. Accordingly, Plaintiff respectfully submits that this obviates the need the parties to make any Court required filings prior to dismissal.

Respectfully submitted this 2nd day of March, 2022.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663

1

matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiffs*