**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Justin Robert Smith, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:22-cv-04882-SEG-CCB |
| v. | ) | |
| | ) | |
| Equifax Information Services, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Justin Robert Smith, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, Equifax Information Services, LLC, in this case. As indicated by the signature of its counsel below, Equifax Information Services, LLC stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 17th day of May, 2023.

*[Signatures Appear on Following Page]*

1

| **BERRY & ASSOCIATES** | **EQUIFAX INFORMATION SERVICES LLC** |
|---|---|
| */s/ Matthew Berry* <br> Matthew Berry, GA Bar No.: 055663 <br> matt@mattberry.com <br> Telephone: (404) 235-3334 <br><br> 2751 Buford Highway, Suite 600 <br> Atlanta, GA 30324 <br><br> */s/ Chris Armor* <br> Chris Armor <br> Georgia Bar No.: 614061 <br> chris.armor@armorlaw.com <br> Telephone: (470) 319-4055 <br> P.O. Box 451328 <br> Atlanta, Georgia 31145 <br><br> *Counsel for Plaintiff* | */s/Christine Kapur* <br> Christine Kapur <br> GA Bar No.: 197008 <br> Christine.kapur@equifax.com <br> Telephone: (404) 885-8066 <br> 1550 Peachtree Street <br> Atlanta, Georgia 30309 <br><br> *Counsel for Equifax Information Services LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com

2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
chris.armor@armorlaw.com
Telephone: (470) 319-4055
P.O. Box 451328
Atlanta, Georgia 31145

*Counsel for Plaintiff*